defendant to reinstate petitioner as custodian of Buffalo City Court building. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

SAMUEL R. GOETZ, Appellant, v. FREDERICK B. COOLEY, Respondent.—Judgment and order affirmed, with costs. All concur. (The judgment dismisses the complaint in an action by stockholder to recover for loss caused by wrongful manipulation of the assets of a corporation.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CHARLES B. FAWCETT, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.—Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff recovery under a disability clause in a life insurance policy. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

HARRY A. FARNAM, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.—Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff recovery under a disability clause in a life insurance policy. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

MICHAEL BAZAR, Respondent, v. THE MACCABEES, Appellant.—Judgment affirmed, with costs. New finding of fact made. All concur. (The judgment awards plaintiff damages in an action to recover under a life insurance certificate issued by defendant.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

VALIA GREEN, Respondent, v. CLARENCE K. PISTELL, Appellant.—Order modified by striking out as subjects for examination those numbered 1, 2, 3 and 6, and, as modified, affirmed, without costs on this appeal to either party. All concur. (The order denies motion of defendant to vacate a notice of examination before trial in an action for conversion of money intrusted to defendant for safekeeping.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Accounting of JOHN B. HENNING, as Executor and Trustee under the Last Will and Testament of CHARLES J. MILLER, Deceased.—Decree affirmed, with costs payable out of the estate. All concur. (The decree settles the accounts of an executor and trustee.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

PAUL VECCHIO, as Administrator, etc., of ROSARIO VECCHIO, Deceased, Appellant, v. JOHN BEERLY and LUCY BEERLY, Respondents.—Judgment affirmed, with costs. Memorandum: After the court had charged the jury and while requests to charge were being considered the court instructed the jury as follows: " If you find that the driver of the vehicle found herself suddenly placed in an emergency which was not of her own creation, she was thereafter charged only with the duty of exercising her best judgment." We find the technical error in the instructions quoted not to be a basis for reversal in view of the full statement of the standard of care included in the main charge. All concur. (The judgment is for defendant in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JOHN SANTOS, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant. (Action No. 1.) — Judgment affirmed, with costs. All concur. (The judgment awards plaintiff death benefit on life insurance policy.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.